ACCEPTED
05-15-00759-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/19/2015 10:31:47 AM
LISA MATZ
CLERK



CHILD SUPPORT DIVISION

June 19, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

6/19/2015 10:31:47 AM

LISA MATZ
Clerk

**EFILE/USPS**

Lisa Matz, Clerk of the Court
Fifh Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

Re:      Court of Appeals Number: 05-15-00759-CV
          Trial Court Case Number: DF-14-02268

Style:   In the Interest of  G.N.R.

Dear Ms. Matz:

This letter is notice under Texas Rule of Appellate Procedure 6.1(c) that Assistant Attorney General (1) Rande Herrell, State Bar No. 09529400 rande.herrell@texasattorneygeneral.gov, (2) John Worley, State Bar No. 22001480 john.worley@texasattorneygeneral.gov and (3) Deterrean Gamble, State Bar No. 24062194 deterrean.gamble@texasattorneygeneral.gov, will serve as co-appellate counsel for the Office of the Attorney General of Texas in the above referenced case.  Please send copies of all court orders and notices in this case to Rande Herrell at the address shown at the bottom of this page in accordance with rules 6.1(b)-(c) and 6.3(a) of the Texas Rules of Appellate Procedure.  One copy of any order or notice will suffice.

A copy has been sent this date by eservice or certified mail to the parties or their representatives as indicated.  Thank you for your assistance in this matter.

Sincerely,

# Deterrean Gamble

Child Support Division/Appellate Litigation Section
deterrean.gamble@texasattorneygeneral.gov

cc:     Melanie H. Bugbee, Attorney of Record
       Amy Bosway, Attorney of Record
       Maurice Aguilar, AAG

P.O. Box 12017, Mail Code 038-1, Austin, Texas 78711-2017
tel:(512) 406-2302  fax:(512) 460-6612